NOT FOR PUBLICATION

RECEIVED

2012 AUG 20 AM 11:50

CLERK OF THE
DISTRICT COURT
ST. CROIX, V.I.

## UNITED STATES DISTRICT COURT
## DISTRICT OF THE VIRGIN ISLANDS
## ST. CROIX DIVISION

Manuel Q. CRUZ, et al., on behalf of
themselves and others similarly situated,

        Plaintiffs,

        Civ. No. 1:09-79

v.

        ORDER

UNITED STATES OF AMERICA, et al.,

        Defendants.

THOMPSON, U.S.D.J.

        For the reasons stated in this Court's Opinion on this same day,

        IT IS on this ___ day of August, 2012,

        ORDERED that Defendants' Motion to Dismiss [docket no. 55] for lack of jurisdiction is

GRANTED; and it is

        OREDERED that Plaintiffs' Second Amended Complaint is DISMISSED; and it is

        ORDERED that all other pending motions in this case [26, 60, 62, 74, 77, 79, 83, 85] are

DENIED AS MOOT; and it is

        ORDERED that this case is CLOSED.

                ANNE E. THOMPSON, U.S.D.J.