NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
## DISTRICT OF THE VIRGIN ISLANDS
### ST. CROIX DIVISION

Manuel Q. CRUZ, et al., on behalf of
themselves and others similarly situated,

　　　　　Plaintiffs,　　　　　　　　　　　　Civ. No. 1:09-79

v.　　　　　　　　　　　　　　　　　　　　ORDER

UNITED STATES OF AMERICA, et al.,

　　　　　Defendants.

THOMPSON, U.S.D.J.

　　For the reasons stated in this Court's Opinion on this same day,

　　IT IS on this 17th day of August, 2012,

　　ORDERED that Defendants' Motion to Dismiss [docket no. 55] for lack of jurisdiction is GRANTED; and it is

　　OREDERED that Plaintiffs' Second Amended Complaint is DISMISSED; and it is

　　ORDERED that all other pending motions in this case [26, 60, 62, 74, 77, 79, 83, 85] are DENIED AS MOOT; and it is

　　ORDERED that this case is CLOSED.

　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Anne E. Thompson
　　　　　　　　　　　　　　　　　　　　　　　　　　ANNE E. THOMPSON, U.S.D.J.